# United States Bankruptcy Court
## District of New Jersey

In re   Joseph S Cohen
Debtor(s)

Case No.
Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  _August_

_[signature]_
Joseph S Cohen
Signature of Debtor

Aaron Orlovsky
413 Stonington Rd
Silver Spring, MD 20902


Aaron Orlovsky
711 Gorman Avenue, Suite A
Annapolis Junction, MD 20701


Adina Goldstein
6 Keewaydin Road
Lawrence, NY 11559


Ally Financial
PO BOX 380902
Minneapolis, MN 55438-0902


Avi R. Unger
38 Alvin Court
Clifton, NJ 07012


Bank of America
PO Box 15019
Wilmington, DE 19886-5019


Benjamin Goldstein
6 Keewaydin Road
Lawrence, NY 11559


Citibank NA
480 Washington Blvd, 30th Flr
Jersey City, NJ 07310


Citibank NA
480 Washington Blvd, 30th Flr
Jersey City, NJ 07310


David Goldstein
251 Maple Street
Englewood, NJ 07631


DKSJ LLC
905 N Kings Highway
Atten: Drew Katz
Cherry Hill, NJ 08034

Edward Cohen
50 Dover Street
Brooklyn, NY 11235

Eli Szojchet
406 Hermleigh Rd
Silver Spring, MD 20902

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19114

Internal Revenue Service
Ogden, UT 84201-0039

Israel Discount Bank
1114 6th Avenue
New York, NY 10136

Jeffry Shinensky
601 Hyde Road
Silver Spring, MD 20902

Jewlery on Park Ltd
430 Park Avenue
New York, NY 10022

Mariel Tawil and Harry Tawil
1 Pullman Avenue
Long Branch, NJ 07740

Matthew Herenstein
280 Winthrop Road
Teaneck, NJ 07666

Merchant Financial Corp
1441 Broadway 17th Flr
New York, NY 10018

Merchant Financial Corp.
1441 Broadway 17th Flr
New York, NY 10018

Metropolitan Life Insurance Co
PO BOX 4232
Clinton, IA 52733-4232


Michelle Cohen
3 Pullman Avenue
Long Branch, NJ


Northrock Management f/k/a Northrock Min
c/o Berman Boyle & Engel LLC
1777 Reisterstown Rd, suite 265
Atten: Elliot Engel Esq.
Pikesville, MD 21208


Orlo Truvolt Lender LLC
711 Goman Avenue
Laurel, MD 20707


Snowjoe LLC


State of New Jersey-Division of Taxation
Compliance and Enforce. Bankruptcy Unit
50 Barrack Street, 9th Floor
PO Box 245
Trenton, NJ 08695-0267


Stephanie Goldstein
251 Maple Street
Englewood, NJ 07631


Sterling Macron Fund
c/o HSM Corporate Services
68 Fort Street
Georgetown
Grand Cayman K42-1207


Timnah Yefet
52 Windbrooke Circle
Gaithersburg, MD 20879


Tom Masano Inc.
815 Lancaster Ave
Reading, PA 19607

Wells Fargo Equipment Finance
600 South 4th Street
Minneapolis, MN 55415


Yuan Mei Corporation
c/o Troutman Pepper Locke LLP
Atten: Joseph Defazio Esq.
875 Third Avenue
New York, NY 10022