| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-1(b) <br><br> **Greenbaum, Rowe, Smith & Davis LLP** <br> PO Box 5600 <br> Woodbridge, New Jersey 07095 <br> (732) 549-5600 <br> David L. Bruck, Esq. <br> dbruck@greenbaumlaw.com <br> Proposed Counsel to the Debtor and Debtor in Possession | |
| In re: <br><br> **JOSEPH S. COHEN,** <br><br> Debtor. | Chapter 11 <br><br> **Case No. 25-18758 (MEH)** |

## SUPPLEMENTAL CERTIFICATION OF DAVID L. BRUCK

1.   Greenbaum Rowe Smith & Davis LLP (the Greenbaum Firm) is proposed counsel to the Debtor in this matter, and I am a member of the Firm.

2.   On August 26, 2025, I filed a Certification in support of the application for the retention of Greenbaum Rowe Smith & Davis LLP as counsel to the Debtor in this matter. (See ECF No.19-2.)

3.   This Supplemental Certification is filed to provide additional information for consideration in connection with the application to retain the Greenbaum Firm as counsel to the debtor and as requested by the Office of the United States Trustee.

4.   As set forth in the Certification the Debtor retained the Greenbaum Firm in early May 2025 to assist it in dealing with insolvency issues. Attached hereto as **Exhibit A** is a schedule

11038118.1

of the invoices sent to the Debtor and a listing of (a) dates of the invoices, and (b), dates of payments for the invoices received by the Greenbaum Firm during the 90 days prior to the filing of the Petition. Note that each invoice covers services performed from the date of the prior invoice, typically 30 days. The last invoice is dated August 18, 2025, for services rendered from August 1, 2025 and as noted was paid prior to the filing of the petition on August 20, 2025.

5. In addition to providing insolvency counselling to the Debtor prior to August 20, 2025, in 2024, the Greenbaum Firm was retained by and represented the Debtor and All Season Power LLC in a litigation pending in the United States District Court of New Jersey captioned <u>Yuan Mei Corporation v Snow Joe LLC, All Season Power LLC, Joseph S. Cohen and Weather Brands, LLC</u>, Docket No. 24-cv-07906. (the Yuan Mei Litigation) The invoices generated by the Greenbaum Firm for its services in connection with the Yuan Mei Litigation were paid by All Season Power LLC. The Greenbaum Firm did not represent either Snow Joe LLC or Weather Brands LLC in the Yuan Mei Litigation. The Greenbaum Firm has waived and agreed not to seek to collect any of its invoices related to the Yuan Mei Litigation from Mr. Cohen individually.

6. The Greenbaum Firm received and is holding a retainer in connection with the bankruptcy matter in the amount of $50,000 which remains in the Greenbaum Firm's retainer account and is disclosed in the Petition.

7. Attached hereto as **Exhibit B** is a schedule disclosing the range of hourly rates for attorneys and paralegals at the Greenbaum Firm. Attached as **Exhibit C** are the hourly rates for those attorneys who may be working on this matter including partners Darren Barreiro and Judah Skoff, and associates Joseph Natale and Emmalise Earle.

11038118.1

8. As noted above, the Greenbaum Firm represented the Debtor and All-Season Power LLC in the Yuan Mei Litigation. The Litigation against the Debtor is stayed by the filing of the chapter 11 petition. Absent the commencement of an adversary proceeding and motion seeking the entry of an order of this court extending the stay to include All Season Power LLC, Weather Brands, LLC and Snow Joe LLC, it is presumed that the litigation will continue as against Snow Joe LLC and All-Season Power LLC and Weather Brands.

9. The Greenbaum Firm received and is holding a retainer in connection with the bankruptcy matter in the amount of $50,000 which remains in the Greenbaum Firm's retainer account and is disclosed in the Petition.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated: August 27, 2025

Greenbaum, Rowe, Smith & Davis LLP

By: _____
David L. Bruck, Esq.
dbruck@greenbaumlaw.com
Proposed Counsel to the Debtor and
Debtor in Possession

11038118.1

# EXHIBIT A

# Bill and Payment Report

Cohen, Joseph / Insolvency Counselling (33022-00001)

Last Payment (08/19/2025): 26,202.50
08/27/2025

| Invoice | Type | Date | Time | Cost | Total | Balance | Status |
|---|---|---|---|---|---|---|---|
| 4353411 | Invoice | 05/30/2025 | 42,980.00 | 0.00 | 42,980.00 | 42,980.00 | Paid |
| 4353411 | Payment | 05/30/2025 | -10,000.00 | 0.00 | -10,000.00 | 32,980.00 | |
| 4353411 | Payment | 06/10/2025 | -10,000.00 | 0.00 | -10,000.00 | 22,980.00 | |
| 4353411 | Payment | 07/14/2025 | -20,000.00 | 0.00 | -20,000.00 | 2,980.00 | |
| 4353411 | Payment | 07/21/2025 | -2,980.00 | 0.00 | -2,980.00 | 0.00 | |
| 4353466 | Invoice | 06/09/2025 | 6,220.50 | 0.00 | 6,220.50 | 6,220.50 | Paid |
| 4353466 | Payment | 07/21/2025 | -6,220.50 | 0.00 | -6,220.50 | 0.00 | |
| 4356055 | Invoice | 07/08/2025 | 36,687.00 | 17.36 | 36,704.36 | 36,704.36 | Paid |
| 4356055 | Payment | 07/21/2025 | -36,687.00 | -17.36 | -36,704.36 | 0.00 | |
| 4358369 | Invoice | 08/06/2025 | 61,427.50 | 1,079.70 | 62,507.20 | 62,507.20 | Void |
| 4358369 | Invoice | 08/14/2025 | -61,427.50 | -1,079.70 | -62,507.20 | 0.00 | Void |
| 4360443 | Invoice | 08/14/2025 | 40,000.00 | 1,103.52 | 41,103.52 | 41,103.52 | Paid |
| 4360443 | Payment | 08/18/2025 | -40,000.00 | -1,103.52 | -41,103.52 | 0.00 | |
| 4360497 | Invoice | 08/18/2025 | 26,202.50 | 0.00 | 26,202.50 | 26,202.50 | Paid |
| 4360497 | Payment | 08/19/2025 | -26,202.50 | 0.00 | -26,202.50 | 0.00 | |
| **Report Totals:** | | | **0.00** | **0.00** | **0.00** | | |

# EXHIBIT B

## GRSD 2025 RATE RANGES

| | |
|---|---|
| PARTNERS: | $440.00 - $775.00 |
| OF COUNSEL: | $465.00 - $695.00 |
| COUNSEL: | $430.00 - $595.00 |
| ASSOCIATES: | $335.00 - $410.00 |
| PARALEGALS: | $125.00 - $350.00 |

Revised 1/2/2025

# EXHIBIT C

# EXHIBIT C

**GRSD 2025 Rates for the Following Attorneys:**

1. David L Bruck- hourly rate is $700.00

2. Darren Barreiro- hourly rate is 635.00

3. Judah Skoff- hourly rate is $585.00

4. Joseph Natale- hourly rate is $410.00

5. Emmalise Earl- hourly rate is $350.00