**McMANIMON, SCOTLAND
& BAUMANN, LLC**
75 Livingston Avenue, Suite 201
Roseland, New Jersey 07068
(973) 622-1800 (phone)
Anthony Sodono, III (asodono@msbnj.com)
Michele M. Dudas (mdudas@msbnj.com)
*Counsel to Official Committee of Unsecured Creditors*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>JOSEPH S. COHEN,<br><br>           Debtor. | Case No.  25-18758 (EJO)<br><br>Chapter 11<br><br>Honorable   Eamonn   J.   O'Hagan,<br>U.S.B.J. |

### NOTICE OF MOTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO COMPEL MICHELLE CAYRE COHEN TO COMPLY WITH RULE 2004 SUBPOENA, AND GRANTING RELATED RELIEF

**PLEASE TAKE NOTICE** that on **May 21, 2026,** at **10:00 a.m.** or as soon thereafter as counsel may be heard, the Official Committee of Unsecured Creditors ("Committee") for Joseph S. Cohen, Chapter 11 debtor and debtor-in-possession, will move before the Honorable Eamonn J. O'Hagan, United States Bankruptcy Judge, at the United States Bankruptcy Court, U.S. Courthouse, 402 East State Street, Courtroom 2, Trenton, New Jersey 08608, for entry of an Order compelling Michelle Cayre Cohen to comply with the Rule 2004 Subpoena served by the Committee, and for related relief (**"Motion"**).

**PLEASE TAKE FURTHER NOTICE** that in support of the within Motion, the Committee will rely upon the Brief and Certification of Michele M. Dudas, Esq. filed in support of the relief requested.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the Motion shall: (i) be in writing; (ii) state with particularity the basis of the objection; and (iii) be filed with the Clerk of the United States Bankruptcy in accordance with D.N.J. LBR 9013-2.

**PLEASE TAKE FURTHER NOTICE** that unless an objection is timely filed and served, the Motion shall be deemed unopposed and the relief may be granted without a hearing.

**PLEASE TAKE FURTHER NOTICE** that oral argument is hereby waived unless timely objection is received.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order granting the relief requested herein is submitted herewith and made part of the Motion herein.

> **McMANIMON, SCOTLAND
> & BAUMANN, LLC**
> *Counsel to Official Committee of Unsecured Creditors*

Dated:  April 28, 2026

By:   /s/ Michele M. Dudas
        MICHELE M. DUDAS

2

4912-4909-7629, v. 1