UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**McMANIMON, SCOTLAND
& BAUMANN, LLC**
75 Livingston Avenue, Second Floor
Roseland, New Jersey 07068
(973) 622-1800
Anthony Sodono, III (asodono@msbnj.com)
Michele M. Dudas (mdudas@msbnj.com)
*Counsel to Official Committee of Unsecured Creditors*

In re:

JOSEPH S. COHEN,

                    Debtor.

Chapter 11

Case No. 25-18758 (EJO)

**ORDER COMPELLING MICHELLE CAYRE COHEN TO COMPLY WITH RULE 2004 SUBPOENA SERVED BY OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND FOR RELATED RELIEF**

The relief set forth on the following page numbered two (2), is hereby **ORDERED.**

(Page 2)

Debtor:              Joseph S. Cohen
Case Number:         25-18758 (EJO)
Caption of Order:    Order Compelling Michelle Cayre Cohen to Comply with Rule 2004 Subpoena
                     Served by Official Committee of Unsecured Creditors, and for Related Relief

**THIS MATTER,** having been presented to the Court by the Official Committee of Unsecured Creditors ("Committee") for Joseph S. Cohen, Chapter 11 debtor and debtor-in-possession ("Debtor"), upon the filing of its Motion to compel Michelle Cayre Cohen ("M. Cohen") to comply with the Rule 2004 Subpoena ("Subpoena") served by the Committee, and for related relief ("Motion"); and due and proper notice of the Motion having been provided by the Committee; and the Court having considered the papers in support of the Motion and opposition thereto, if any; and good and sufficient cause existing for the granting of the relief as set forth herein,

**IT IS ORDERED** that M. Cohen is compelled to comply with the Subpoena by producing all documents responsive thereto by 5:00 p.m. on May __, 2026; and it is further

**ORDERED** that M. Cohen is compelled to appear for examination via deposition pursuant to the Subpoena on June __, 2026.