**RIKER DANZIG LLP**
Joseph L. Schwartz, Esq.
Daniel A. Bloom, Esq.
7 Giralda Farms, Suite 250
Madison, New Jersey 07940
Telephone: (973) 538-0800
Facsimile: (973) 538-1984
jschwartz@riker.com
dbloom@riker.com

*Attorneys for Barry Wachsler and*
*Blue Mineral Corporation*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>Joseph S. Cohen,<br><br>Debtor. | Chapter 11<br><br>Case No. 25-18758 (EJO) |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that, pursuant to Sections 342 and 1109(b) of the United States Bankruptcy Code and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Rules"), the undersigned counsel appears in the above-captioned case (the "Case") on behalf of Barry Wachsler and Blue Mineral Corporation (the "Parties"); and requests copies of all notices, pleadings and other filings in the Case including, without limitation, those pursuant to Rules 2002 and 9007, to be served on the following persons at the address, telephone number, facsimile and electronic mail indicated:

**RIKER DANZIG LLP**
Joseph L. Schwartz, Esq. (jschwartz@riker.com)
Daniel A. Bloom, Esq. (dbloom@riker.com)
7 Giralda Farms, Suite 250
Madison, New Jersey 07940
Telephone: (973) 538-0800
Facsimile: (973) 538-1984

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only notices and papers referred to in the Rules specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopy or otherwise, which affects the Debtor or the Debtor's property.

**PLEASE TAKE FURTHER NOTICE** that demand is also made that the undersigned be added to the Official Service List for notice of all contested matters, adversary proceedings and other proceedings in the Case.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and any subsequent appearance, pleading, claim or suit is not intended to waive the Parties' respective (1) rights to have final orders in non-core matters entered only after *de novo* review by a judge of the United States District Court; (2) rights to trial by jury in any proceeding so triable in this Case or any case, controversy, or proceeding related to this Case; (3) rights to have the reference withdrawn by the United States District Court; or (4) other rights, remedies, claims, actions, defenses, setoffs or recoupments to which it is or may be entitled, in law or in equity, all of which rights, remedies, claims, actions, defenses, setoffs and recoupments the Parties expressly reserve.

October 12, 2026
Madison, New Jersey

**RIKER DANZIG LLP**

By: /s/ *Daniel A. Bloom*
Joseph L. Schwartz, Esq.
Daniel A. Bloom, Esq.
7 Giralda Farms, Suite 250
Madison, New Jersey 07940
Telephone: (973) 538-0800
Facsimile: (973) 538-1984
jschwartz@riker.com
dbloom@riker.com

*Attorneys for Barry Wachsler and Blue Mineral Corporation*