UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**RIKER DANZIG LLP**
Joseph L. Schwartz, Esq.
Daniel A. Bloom, Esq.
7 Giralda Farms, Suite 250
Madison, New Jersey 07940-1051
Telephone: (973) 538-0800
Facsimile: (973) 538-1984
jschwartz@riker.com
dbloom@riker.com

*Attorneys for Barry Wachsler and Blue Mineral Corporation*

In re:

JOSEPH S. COHEN,

Debtor.

Chapter 11
Case No.: 25-18758 (EJO)

Hon. Eamonn J. O'Hagan, U.S.B.J.

**ADJOURNMENT REQUEST**

1. I, Joseph L. Schwartz, Esq.,

☒ am the attorney for Barry Wachsler and Blue Mineral Corporation (together, the "Respondents") in the above-captioned chapter 11 case,

☐ am self-represented,

and request an adjournment of the following hearing for the reason set forth below.

| | |
|---|---|
| Matter: | *Motion of Debtor Joseph S. Cohen to Enforce the Automatic Stay and for Sanctions Pursuant to 11 U.S.C. § 362(k) Against Barry (Dov) Wachsler and Blue Mineral Corporation*, filed September 14, 2026 [Dkt. No. 478] (the "Motion"). |
| Current Hearing Date: | October 15, 2026 at 10:00 a.m. |
| New Hearing Date: | November 12, 2026 at 10:00 a.m. |

Respondents' objection deadline: November 5, 2026.

Reason for adjournment request: Respondents' counsel was recently retained in this matter and respectfully requests an adjournment of the hearing on the Motion to enable Respondents' counsel to review the Motion and communicate with the Debtor's counsel before the hearing proceeds.

2. Consent to adjournment:

☒ I have the consent of the Movant (i.e., the Debtor).

☐ I do not have the consent of all parties

I certify under penalty of perjury that the foregoing is true.

Date: October 13, 2026

/s/ *Joseph L. Schwartz*
Joseph L. Schwartz

**COURT USE ONLY:**

The request for adjournment is:

X Granted New hearing date: 11/12/2026 at 10:00 a.m. ☐ Peremptory

☐ Granted over objection(s) New hearing date: __________________ ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**