| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**Greenbaum, Rowe, Smith & Davis LLP**<br>PO Box 5600<br>Woodbridge, New Jersey 07095<br>(732) 549-5600<br>David L. Bruck, Esq.<br>dbruck@greenbaumlaw.com<br>*Counsel to the Debtor and Debtor in Possession* | |
| In re:<br><br>**JOSEPH S. COHEN,**<br><br>Debtor. | Chapter 11<br><br>**Case No. 25-18758 (EJO)** |

**NOTICE OF DEBTOR'S MOTION PURSUANT TO 11 U.S.C. §327, 328, 330 and §105 FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTOR TO EMPLOY, RETAIN AND PAY RICHARD J GIRASOLE AS A PROFESSIONALS UTILIZED IN THE ORDINARY COURSE OF DEBTORS' BUSINESS AND TO EMPLOY AND PAY OTHER ORDINARY COURSE PROFESSIONALS DURING THE COURSE OF THE CASE.**

**PLEASE TAKE NOTICE** that on November 19, 2026 at 10:00 a.m., (EST), or as soon thereafter as counsel may be heard (the "Hearing"), the above-captioned debtor and debtor in-possession (the "Debtor"), by and through its undersigned counsel, shall move before the Honorable Eamonn J. O'Hagan, United States Bankruptcy Judge for the United States Bankruptcy Court for the District of New Jersey, for entry of an order, substantially in the form submitted herewith, approving Debtor's Motion Pursuant to 11 U.S.C. §327, 328, 330 and 105 for Entry of an Order authorizing the Debtor to employ Richard J Girasole as an ordinary course professional and to retain and pay other ordinary course professionals as the need may arise during the course of this case.

**PLEASE TAKE FURTHER NOTICE** that the Debtor shall rely upon the Motion filed herewith. No brief is necessary as no novel issues of fact or law are presented by the Motion. Oral argument is requested in the event that an objection is timely filed.

**PLEASE TAKE FURTHER NOTICE** that any response of objections to the relief requested the Motion must be filed with the Clerk of the Court, together with proof of service thereof, and served so as to be actually received no later than 4:00 p.m. (ET) on November 12, 2026 by (a) counsel to the Debtor Greenbaum, Rowe, Smith & Davis LLP, Metro Corporate Campus One, 99 Wood Avenue South, Iselin, New Jersey 08830, Attn: David L. Bruck, Esq. ; (b) the Office of the United States Trustee for the District of New Jersey, One Newark Center, Suite 2100, Newark, New Jersey 07102, and (c) counsel to the Official Committee of Unsecured Creditors, McManimon Scottland & Bauman 75 Livingston Avenue, Roseland, New Jersey 07068, Atten: Michele Dudas Esq. and (e) those parties requesting notice.

**PLEASE TAKE FURTHER NOTICE** that objections to the Motion if any, must: (a) be in writing; (b) comply with the Bankruptcy Rules, the Local Rules, and other case management rules or orders of this Court; and (c) state the particularity the legal and factual basis for the objection.

**PLEASE TAKE FURTHER NOTICE** that unless an objection is timely filed and served in accordance with this notice, it may not be considered by the Bankruptcy Court. In the even no objections are filed, the relief requested in the Application may be granted without hearing.

Dated: October 19, 2026

By:______________________________

David L. Bruck, Esq.
GREENBAUM, ROWE, SMITH & DAVIS, LLP
Metro Corporate Campus One
P.O. Box 5600
Woodbridge, New Jersey 07095
dbruck@greenbaumlaw.com
Tel. (732) 549-5600
Fax. (732) 549-1881
Attorneys for Debtor
And Debtor-in-Possession