UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**RIKER DANZIG LLP**
Joseph L. Schwartz, Esq.
Daniel A. Bloom, Esq.
7 Giralda Farms, Suite 250
Madison, New Jersey 07940-1051
Telephone: (973) 538-0800
Facsimile: (973) 538-1984
jschwartz@riker.com
dbloom@riker.com

*Attorneys for Barry Wachsler and Blue Mineral Corporation*

| | |
|---|---|
| In re:<br><br>JOSEPH S. COHEN,<br><br>Debtor. | Chapter 11<br>Case No.: 25-18758 (EJO)<br><br>Hon. Eamonn J. O'Hagan, U.S.B.J. |

## ADJOURNMENT REQUEST

1. I, Joseph L. Schwartz, Esq.,

☒ am the attorney for Barry Wachsler and Blue Mineral Corporation (together, the "Respondents") in the above-captioned chapter 11 case,

☐ am self-represented,

and request an adjournment of the following hearing for the reason set forth below.

| | |
|---|---|
| Matter: | *Motion of Debtor Joseph S. Cohen to Enforce the Automatic Stay and for Sanctions Pursuant to 11 U.S.C. § 362(k) Against Barry (Dov) Wachsler and Blue Mineral Corporation*, filed September 14, 2026 [Dkt. No. 478] (the "Motion"). |
| Current Hearing Date: | November 12, 2026 at 10:00 a.m. |
| New Hearing Date: | December 17, 2026 at 10:00 a.m. |
| Respondents' objection deadline: | December 10, 2026. |

Reason for adjournment request: Respondents and the Debtor are engaged in ongoing settlement discussions. Respondents respectfully request a further adjournment of the hearing on the Motion to allow the parties additional time to continue those discussions.

2. Consent to adjournment:

☒ I have the consent of the Movant (i.e., the Debtor), through counsel, to the requested adjournment and Respondents' proposed objection deadline.

☐ I do not have the consent of all parties

I certify under penalty of perjury that the foregoing is true.

Date: October 28, 2026

/s/ *Joseph L. Schwartz*
Joseph L. Schwartz

**COURT USE ONLY:**

The request for adjournment is:

X Granted New hearing date: 12/17/2026 at 10:00 a.m. ☐ Peremptory

☐ Granted over objection(s) New hearing date: ____________________ ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**